In the Matter of the Claim of CARLTON RAYFIELD against FORD MOTOR SALES COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

(Argued January 15, 1935; decided February 26, 1935.)

*John J. Bennett, Jr., Attorney-General* (*John R. O'Hanlon* and *Henry Epstein* of counsel), for appellant.

*Charles P. Barre* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.